IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY   DIVISION

| | | |
|---|---|---|
| WILLIE J. LASTER, | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | 1:05-CV-22(WLS) |
| | : | |
| | : | |
| SHERIFF PETE SMITH, | : | |
| Respondent. | : | |
| | : | |

_____

O R D E R

    Before the Court is Petitioner's Motion for Reconsideration for bail Bond Hearing to be complete (sic) That Have (sic) Been (sic) Abeyance Since 1995. (Doc. #7). By prior order, the Court dismissed Petitioner's federal § 2254 petition for reasons of comity and failure to exhaust state remedies.

    Petitioner essentially reargues the merits of his dismissed petition and states that he requested his lawyer to file a motion for speedy trial. Petitioner apparently asserts this as grounds for finding that he has exhausted his state remedies. However, Petitioner does not show or contend that he has challenged his confinement or denial of bond in the state courts by state appeal or state habeas petition or otherwise.

    Upon review and consideration, the Court finds that Petitioner has presented no law or fact that requires or causes the Court to alter or amend its prior order. Accordingly, Petitioner's motion for reconsideration should be, and hereby is, DENIED. Therefore, the Court's prior order remains in full force and effect.

    SO ORDERED, this   10th   day of May, 2005.

                                              /s/W. Louis Sands
                                        Hon. W. Louis Sands, Chief Judge
                                        United States District Court